■ SAVANNAH BANK, N. A., Appellant, v SAVINGS BANK OF THE FINGERLAKES et al., Respondents. (Appeal No. 2) [689 NYS2d 916] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Summary Judgment.) Present— Denman, P. J., Pigott, Jr., Hurlbutt and Balio, JJ. ·